IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Criminal Action No. 10-cr-00364-LTB

STEPHEN SHEFFIELD, #11091-007,

    Complainant,

v.

WARDEN C. DANIELS, Captain,
MR. HUTCHING, W., Lieutenant,
MR. J. BORJA, Lieutenant,
K. LINCOIN, Lieutenant,
MOSELEY, Medical Staff,
KELLEA, MS. VIGILL, Doctor,
GUPTA RAVI MR. HUDDLEBROOK,
CORRECTIONAL OFFICERS MR. DAVIS,
M. SCOTT,
J. COWLEY,
MR. N. MASON,
WISEMAN,
C. ISAAC,
MR. ROBINSON,
MR. HASSEN,
MR. HAGEN,
MR. WELLS,
MR. ESPINOS, ETC,
PHYSIOLOGIST MR. CARDER, ETC,
ALL DEFENDANT(S),

    Defendants.

## ORDER OF DISMISSAL

Complainant Stephen Sheffield is a prisoner in the custody of the United States Bureau of Prisons and is currently incarcerated at the United States Penitentiary in Florence, Colorado. Mr. Sheffield has filed *pro se* a Criminal Complaint asking that Defendants be arrested and charged with attempted murder. For the reasons stated

below, the Court will dismiss the action.

Courts universally endorse the principle that private citizens cannot prosecute criminal actions. *See, e.g., Cok v. Cosentino*, 876 F.2d 1, 2 (1st Cir.1989) (per curiam); *Connecticut Action Now, Inc. v. Roberts Plating Co.*, 457 F.2d 81, 86-87 (2d Cir.1972) ("It is a truism, and has been for many decades, that in our federal system crimes are always prosecuted by the Federal Government, not as has sometimes been done in Anglo-American jurisdictions by private complaints."); *Winslow v. Romer*, 759 F. Supp. 670, 673 (D. Colo.1991) ("Private citizens generally have no standing to institute federal criminal proceedings."). Therefore, the Court finds that Mr. Sheffield lacks standing to invoke the authority of United States attorneys under 28 U.S.C. § 547 to prosecute for offenses against the United States. Accordingly, it is

ORDERED that the Criminal Complaint and the action are dismissed because Complainant lacks standing to file a criminal action.

DATED at Denver, Colorado, this   25th   day of   October  , 2010.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior United States District Judge